PS-8
8/88

# UNITED STATES DISTRICT COURT

for

## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

**U.S.A. vs. PATRICE ROBINSON**  Docket No. 7:13-CR-117-5D

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Chip Williams, probation officer of the court, presenting an official report upon the conduct of defendant, Patrice Robinson, who was placed under pretrial release supervision by the Honorable Robert B. Jones, Jr., U.S. Magistrate Judge, sitting in the Court at Wilmington, North Carolina, on the 17th day of December, 2013, under the following conditions:

- The defendant is placed in the custody of Drue Robinson (mother).

- Report to the U.S. Probation Office as directed.

- Abide by the following restrictions on personal association, place of abode, or travel: Eastern District of North Carolina and not travel out of the district without prior approval from the supervising officer.

- Avoid all contact, directly or indirectly, with any persons who are or who may become a victim or potential witness in the subject investigation or prosecution, including but not limited to: Darrell Maupin, Willie Sellers, Joseph Baker, Sylena Gaines, and their family members.

- Refrain from possessing a firearm, destructive device, or other dangerous weapons.

- Refrain from any use of alcohol.

- Refrain from use or unlawful possession of a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a licensed medical practitioner.

- Submit to any testing required by the pretrial services office or the supervising officer to determine whether the defendant is using a prohibited substance. Any testing may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must refrain from obstructing or attempting to obstruct or tamper, in any fashion, with the efficiency and accuracy of any prohibited substance testing or monitoring which are required as a condition of release.

- Participate in a program of inpatient or outpatient substance abuse therapy and counseling if the pretrial services office or supervising officer considers it advisable.

- Participate in the following location monitoring program component and abide by its requirements as the supervising officer instructs. You are restricted to your residence at all times except for activities pre-approved by the pretrial services office or supervising officer, or employment allowed if advisable by supervising officer.

- Submit to the location monitoring indicated below and abide by all of the program requirements and instructions provided by the supervising officer related to the proper operation of the technology.

    Radio Frequency (RF) monitoring.

- Report as soon as possible to the supervising officer any contact with law enforcement personnel, including, but not limited to, any arrest, questioning, or traffic stop.

- Shall consent to a warrantless search by a United States Probation Officer or, at the request of the probation officer, any other law enforcement officer, of the defendant's person and premises, including any vehicle, to determine compliance with the conditions of this judgment.

The defendant appeared before Honorable James C. Dever III, Chief U.S. District Judge for arraignment on the 21st day of July, 2014, and supervision was continued under existing conditions.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant commenced pre-trial supervision on December 19, 2013. During the term of supervision, she has largely complied, although she did test positive for marijuana on one occasion. The defendant worked for several months and has not incurred any law violations. She continues to care for her 3 year old daughter and is currently 8 months pregnant. Her pregnancy has caused significant swelling of her ankles which has caused problems maintaining a proper fit of the transmitter. Additionally, the defendant is scheduled for a caesarean section on October 27, 2014, at which time the location monitoring transmitter will have to be removed. In consideration of the defendant's compliance, low risk to the community, and pending surgery, it is recommended the condition requiring electronic location monitoring be removed.

PATRICE ROBINSON
Docket No. 7:13-CR-117-5D
Petition For Action
Page 3

**PRAYING THAT THE COURT WILL ORDER** the following conditions be removed in the interest of justice.

- Participate in the following location monitoring program component and abide by its requirements as the supervising officer instructs. You are restricted to your residence at all times except for activities pre-approved by the pretrial services office or supervising officer, or employment allowed if advisable by supervising officer.

- Submit to the location monitoring indicated below and abide by all of the program requirements and instructions provided by the supervising officer related to the proper operation of the technology.

    Radio Frequency (RF) monitoring.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/Chip Williams
Chip Williams
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-815-4857
Executed On: September 30, 2014

### ORDER OF COURT

Considered and ordered this __2__ day of __October__, 2014, and ordered filed and made a part of the records in the above case.

James C. Dever III
Chief U.S. District Judge