UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Patrice Robinson**  Docket No. 7:13-CR-117-5D

**Petition for Action on Probation**

COMES NOW Erik J. Graf, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Patrice Robinson, who upon an earlier plea of guilty to Conspiracy to Possess With Intent to Distribute a Quantity of Marijuana, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(D), was sentenced by the Honorable James C. Dever, III, Chief U.S. District Judge on February 18, 2015, to 60 months probation under the conditions adopted by the court.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

On September 17, and October 7, 2015, Robinson was charged with Driving While License Revoked Not by Impaired Revocation in Brunswick County District Court in Bolivia, North Carolina. These matters remain pending. Robinson has been admonished for driving without a license and is in the process of having these matters adjudicated so that she can pursue obtaining her driver's license.

Robinson tested positive for marijuana on February 24, 2016. Robinson admitted using marijuana and agreed to complete an intermittent confinement sanction of 5 days in accordance with the Second Use Level of the DROPS Program. The jail placement is pending.

Robinson is ordered to "… participate in the Moral Reconation Therapy (MRT) Program as directed by the probation office." Robinson began this therapy program; however, has struggled to grasp the concepts and participation in the program has been limited primarily due to her mental deficiencies. Her shortcomings are incompatible with what is needed from her to successfully complete the program and she is more in need of substance abuse treatment and guidance in avoiding drugs.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that probation be modified as follows:

1. The defendant shall perform 24 hours of community service as directed by the probation office.

2. The condition requiring the defendant participate in Moral Reconation Therapy is hereby stricken.

Patrice Robinson
Docket No. 7:13-CR-117-5D
Petition For Action
Page 2

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,

/s/ Robert L. Thornton
Robert L. Thornton
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Erik J. Graf
Erik J. Graf
U.S. Probation Officer
2 Princess Street, Suite 308
Wilmington, NC 28401-3958
Phone: 910-679-2031
Executed On: April 29, 2016

## ORDER OF THE COURT

Considered and ordered this __30__ day of __April__, 2016 and ordered filed and made a part of the records in the above case.

_____
James C. Dever III
Chief U.S. District Judge